95

UNION OIL COMPANY OF CALIFORNIA, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 75-CC-162—

LEWIS BUILDING, INC., Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed September 9, 1974.*

LEWIS BUILDING, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.